IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KIMBERLY ARLENE FREDERICKS-CLEMENS,** | : | CIVIL ACTION |
| **Plaintiff** | : | |
| | : | |
| v. | : | NO. 16-0065 |
| | : | |
| **CAROLYN W. COLVIN,** Acting Commissioner of Social Security, | : : : | |
| **Defendant** | : | |

**O R D E R**

**AND NOW**, this 19th day of January, 2017, upon consideration of the plaintiff's request for review (Document #13), and the response of the defendant thereto (Document #14), and after careful review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Timothy R. Rice (Document #17), there being no Objections thereto, IT IS HEREBY ORDERED that:

1. This case shall be removed from suspense and returned to the active docket.

2. The Report and Recommendation is APPROVED and ADOPTED.

3. The plaintiff's request for review is DENIED.

4. Judgment is entered in favor of the defendant pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.